UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:20-CV-2043-B-BH |
| | § | |
| ANDERSONS GOLD & SILVER | § | |
| EXCHANGE, LLC, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Notice of Dismissal With Prejudice*, filed March 23, 2021 (doc. 24), is construed as an unopposed motion to dismiss this action under Fed. R. Civ. P. 41(a)(2) with prejudice and **GRANTED**. By separate judgment, the plaintiff's claims will be dismissed with prejudice.

SIGNED this 10th day of June, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1